IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY BELL,

      Plaintiff,

   vs.                                    No. CIV. S-10-2529 GGH

MICHAEL J. ASTRUE,

      Defendant.               ORDER

_____/

       Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff has not signed the application or the complaint. See Fed. R. Civ. P. 11(a); E. D. Local Rule 131(b). Plaintiff will be provided the opportunity to submit either a signed affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee, and a signed complaint.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Plaintiff shall submit, within twenty-eight (28) days from the date of this order, either a completed and signed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; and a signed complaint. Plaintiff's failure to comply with this order will result in a recommendation

1  that this action be dismissed.

2         2. The Clerk of the Court is directed to send plaintiff a new Application to

3  Proceed In Forma Pauperis.

4  DATED: September 28, 2010

5                                         /s/ Gregory G. Hollows

6                                         GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

8  GGH/076
   Bell2529.ifp.wpd