IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY BELL,

    Plaintiff,                              No. CIV. S-10-2529 GGH

   vs.

MICHAEL J. ASTRUE,

    Defendant.                         ORDER

_____/

       Presently before this court is defendant's motion to dismiss, filed May 31, 2011. Plaintiff has filed an opposition. The papers raise questions which may be resolved through a hearing.

       Accordingly, IT IS ORDERED that:

       1. A hearing on defendant's motion to dismiss is scheduled for Thursday, October 6, 2011, at 10:00 a.m. in Courtroom #9.

       2. Defendant shall be prepared to address the origin of plaintiff's claim that defendant has been deducting ten percent from his monthly benefit payments from 2005 to the present.

Dated: September 14, 2011

                                                  /s/ Gregory G. Hollows
                                           UNITED STATES MAGISTRATE JUDGE

GGH:076/Bell2529.hrg.wpd

1